UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHAMMED M. HUNAFA,

    Plaintiff(s),

v.                                Case No:  8:11-CV-1419-T-30AEP

STANLEY SCHAEFFER,
Lieutenant, Manatee County Sheriff Office,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #3).  Plaintiff did not file any written objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. #3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED.

3. Plaintiff's Complaint (Dkt. #1) is DISMISSED.

**DONE** and **ORDERED** in Tampa, Florida on August 18, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-1419.adopt 3.wpd