# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION


MOHAMMED M. HUNAFA, *pro se*,

    Plaintiff(s),

v.                                                    Case No:  8:11-CV-1419-T-30AEP

STANLEY SCHAEFFER, Lieutenant,
Manatee County Sheriff's Office,

    Defendant(s).

_____/

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #7). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #7) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2.  Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #5) is

DENIED without prejudice.

3.  Plaintiff's Amended Complaint (Dkt. #4) is DISMISSED.

4.  The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished to**</u>:
Counsel/Parties of Record

S:\Odd\2011\11-cv-1419.adopt 7.wpd